```
_____ FILED _____ LODGED
        _____ RECEIVED
             Jun 25, 2025
       CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
 BY _____ DEPUTY
```

Magistrate Judge

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>JEFFREY S. BICKFORD,<br><br>     Defendant. | NO. 3:25-cr-05159<br><br>INFORMATION<br>(Misdemeanor) |

The United States Attorney charges that:

On or about January 11, 2025, at American Lake Veteran's Center, within the Western District of Washington and within the exclusive jurisdiction of the United States, JEFFREY S. BICKFORD did assault A.F., by striking, beating, or wounding.

All in violation of 18 U.S.C. §§ 7 and 113(a)(4).

DATED this 25th day of June, 2025.

            TEAL LUTHY MILLER
            Acting United States Attorney

            */s/ Sandra S. Bostic*
            SANDRA S. BOSTIC
            Assistant United States Attorney

INFORMATION/JEFFREY S. BICKFORD- 1
(2025)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970